JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DRESSLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEWEGG, INC.,<br><br>Defendant. | Case No. 2:21-CV-06303-AB (GJSx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATING DATES AND DEADLINES** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty-five (35) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The Court also **VACATES** all upcoming dates and deadlines in this matter.

Dated: November 12, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.