James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
MILLER SHAH LLP
19712 MacArthur Blvd.
Irvine, CA 92612
Telephone: 866-540-5505
Facsimile: 866-300-7367
Email: jcshah@millershah.com

*Counsel for Plaintiff Andrew Dressler*
[Additional Counsel on Following Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DRESSLER, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 2:21-cv-06303-AB-GJS )  )  ) |
| Plaintiff, | ) NOTICE OF RULE 41(a) DISMISSAL ) |
| v. | ) ) |
| NEWEGG, INC., | ) ) |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Andrew Dressler hereby dismisses his individual claims, **WITH PREJUDICE**, against Defendant Newegg, Inc., without costs. All claims asserted by the putative class are dismissed, **WITHOUT PREJUDICE**, against Defendant Newegg, Inc., without costs.

NOTICE OF RULE 41(a) DISMISSAL

| | |
|---|---|
| Dated: March 8, 2022 | Respectfully submitted, |
| | By: */s/Jeffrey S. Goldenberg* |
| | Jeffrey Goldenberg (admitted *pro hac vice*) |
| | GOLDENBERG SCHNEIDER, LPA |
| | 4445 Lake Forest Drive, Suite 490 |
| | Cincinnati, OH 45242 |
| | Telephone: 513-345-8297 |
| | Email: jgoldenberg@gs-legal.com |
| | |
| | JAMES C. SHAH (SBN 260435) |
| | MILLER SHAH, LLP |
| | 1401 DOVE STREET, SUITE #510 |
| | NEWPORT BEACH, CA 92660 |
| | TELEPHONE: 866-540-5505 |
| | FACSIMILE: 866-300-7367 |
| | EMAIL: JSHAH@MILLERSHAH.COM |
| | |
| | Joseph Lyon (admitted *pro hac vice*) |
| | THE LYON FIRM |
| | 2021 Auburn Avenue |
| | Cincinnati, OH 45219 |
| | Telephone: 513-381-2333 |
| | Facsimile: 513-766-9011 |
| | Email: jlyon@thelyonfirm.com |
| | |
| | Alexander H. Burke (admitted *pro hac vice*) |
| | Dan Marovitch (admitted *pro hac vice*) |
| | BURKE LAW OFFICES, LLC |
| | 909 Davis St., Suite 500 |
| | Evanston, IL 60201 |
| | Telephone: (312) 729-5288 |
| | Facsimile: (312) 729-5289 |
| | Email: ABurke@BurkeLawLLC.com |
| | |
| | **Attorneys for Plaintiff** |

NOTICE OF RULE 41(a) DISMISSAL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and notification of such filing will be sent to all counsel of record.

Dated: March 8, 2022

*/s/ Jeffrey S. Goldenberg*